IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL A. CAMPBELL, ) | |
| Petitioner, ) | |
| vs. ) | No. CIV-16-1190-C |
| TIM WILKINSON, Warden, ) | |
| Respondent. ) | |

O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on October 14, 2016. Petitioner filed an Objection on October 27, 2016, and enclosed the $5.00 filing fee, rendering the Magistrate Judge's recommendation moot.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted in part. Because the filing fee has now been paid, the case is once again committed to the Magistrate Judge under the initial Order of Referral.

IT IS SO ORDERED this 2nd day of November, 2016.

ROBIN J. CAUTHRON
United States District Judge